No. 10–10933. MARSTON v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10935. LAY v. CLINTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10937. BLANCO MARTE v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–10938. SANTOS ARROYO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10940. THURSTON v. MERCK & CO., INC. C. A. 5th Cir. Certiorari denied.

No. 10–10942. TORRES-ALICEA v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–10943. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10945. HANSON v. THOMAS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CHESTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10946. HERRERA-GENAO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10947. FUENTES-MAJANO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10948. FRAZIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10949. C. F. v. SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–10950. HENRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10951. GOOCH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.